UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2296

ELIZABETH HINSHAW,

Plaintiff - Appellant,

versus

HEAVYWEIGHT TITLE COMPANY, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (1:06-cv-02340-JFM)

Submitted: June 27, 2007                    Decided: July 23, 2007

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norris C. Ramsey, Baltimore, Maryland, for Appellant. James T. Heidelbach, GEBHARDT & SMITH LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elizabeth Hinshaw appeals the district court's order granting the Defendant's motion to dismiss her complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hinshaw v. Heavyweight Title Co., Inc., No. 1:06-cv-02340-JFM (D. Md. Nov. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED